**Motion Granted, Motion Denied, and Order filed June 14, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00671-CV
_____

**GB TUBULARS, INC., Appellant**

**V.**

**UNION GAS OPERATING COMPANY, Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-28193**

---

## ORDER

Appellee filed a supplement to its brief on May 10, 2016. Appellant filed a motion to strike the supplement on May 17, 2016. On May 19, 2016, appellee filed a response to the motion to strike and, in the alternative, a request for leave to file the supplement.

Appellee's request for leave to file the supplement is **GRANTED**. Appellant's motion to strike is **DENIED**. Appellant may file a response to the supplement; the response is due by **June 28, 2016**.

PER CURIAM